IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

*In Re: Atrium Medical Corp., C-Qur Mesh Products Liability Litigation*
*MDL No. 2753*

Civil Action No.  1:19-cv-00654

**SHORT FORM COMPLAINT**

Comes now the Plaintiff named below, by and through his attorneys at Andrus Wagstaff, PC, and for his Complaint against the Defendants named below, incorporate the Master Long Form Complaint in MDL No. 2753 by reference.  Plaintiff further shows the Court as follows:

1. Plaintiff

    Jeffrey Miller

2. Consortium Plaintiff

    N/A.

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    N/A.

4. Current State of Residence

    Pennsylvania

5. State of Residence at the Time of Implant (if different)

    N/A.

6. State of Residence at the Time of Explant (if applicable and different)

    N/A.

7. District Court and Division in which venue would be proper absent direct filing:

    Pennsylvania Western District Court

8. Defendants (Check Defendants against whom Complaint is made):

    ☒ A. Atrium Medical Corporation ("Atrium");

    ☒ B. Maquet Cardiovascular US Sales, LLC ("Maquet");

    ☒ C. Getinge AB ("Getinge");

9. Basis of Subject Matter Jurisdiction

    ☒ Diversity of Citizenship

    A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraphs 20, 21, 22, 23, 24, 25, and 26

    B. Other allegations of jurisdiction and venue:

    N/A.

10. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

    ☒ A. C-QUR;

    ☐ B. C-QUR Mosaic;

    ☐ C. C-QUR Edge;

    ☐ D. C-QUR TacShield;

    ☒ E. C-QUR Lite Mesh V-Patch

    ☐ F. C-QUR Mesh V-Patch

    ☐ G. Other C-QUR mesh product

11. Defendants' Products about which Plaintiff is making a claim.  (Check applicable products)

    ☒   A. C-QUR;

    ☐   B. C-QUR Mosaic;

    ☐   C. C-QUR Edge;

    ☐   D. C-QUR TacShield;

    ☒   E. C-QUR Lite Mesh V-Patch

    ☐   F. C-QUR Mesh V-Patch

    ☐   G.  Other C-QUR mesh product;

    _____

    _____

12. Date of Implantation as to Each Product

    10/30/2009 (both products)

13. Hospital(s) where Plaintiff was implanted (including City and State)

    Uniontown Hospital (both products)

    Uniontown, Pennsylvania

14. Implanting Surgeon(s)

    Michael J. Reilly, MD (both products)

15. Date of Explant as to Each Product

    12/2/2009

16. Hospital(s) Where Plaintiff Had Explant (including City and State, if applicable)

    Uniontown Hospital

    Uniontown, Pennsylvania

17. Explanting Surgeon(s)

    Michael J. Reilly, MD

18. Plaintiff alleges the following injury(ies) he or she suffered as a result of the implantation of the subject C-QUR mesh product.

    <u>Surgical revision including removal of infected mesh, removal of adhesions, bowel obstruction, abdominal pain, wound infection, improper healing inadequate or failure of incorporation/ingrowth, chronic pain, recurrence of hernia, foreign body response, rejection, mesh migration, excessive and chronic inflammation, scarification, granulomatous response, allergic reaction, adhesions to internal organs, erosion, abscess, fistula formation, seroma formation, nerve damage, tissue damage and/or other complications, lost wages and emotional distress.</u>
    _____

19. Counts in the Master Complaint brought by Plaintiff(s)

    ☒ Count I - Negligence

    ☒ Count II – Strict Liability – Design Defect

    ☒ Count III – Strict Liability – Manufacturing Defect

    ☒ Count IV – Strict Liability – Failure to Warn

    ☒ Count V – Strict Liability – Defective Product

    ☒ Count VI – Breach of Express Warranty

    ☒ Count VII – Breach of Implied Warranties of Merchantability and Fitness of Purpose

    ☒ Count VIII – Fraudulent Concealment

    ☒ Count IX – Constructive Fraud

    ☒ Count X – Discovery Rule, Tolling and Fraudulent Concealment

    ☒ Count XI – Negligent Misrepresentation

    ☒ Count XII – Negligent Infliction of Emotional Distress

    ☒ Count XIII – Violation of Consumer Protection Laws

    ☒ Count XIV – Gross Negligence

    ☒ Count XV – Unjust Enrichment

    ☐ Count XVI – Loss of Consortium

4

☒ Count XVII – Punitive or Enhanced Compensatory Damages

☒ Other ___73 Pa. CS 201-1 et. Seq._____ (please state the facts supporting this Count under applicable state law in the space immediately below)

☐ Other _____ (please state the facts supporting this Count under applicable state law in the space immediately below)

<u>Pennsylvania's Code provides that deceptive and unconscionable trade practices are unlawful. Plaintiff would not have purchased or paid for the Atrium mesh and would not have consented to allow the mesh to be implanted had Defendants not engaged in these unlawful acts as described in the Master Complaint.</u>

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment against Defendants, and each of them, individually, jointly and severally and prays for the following relief in accordance with applicable law and equity:

i. Compensatory damages to Plaintiff for past, present, and future damages, including, but not limited to, pain and suffering for severe and permanent personal injuries sustained by Plaintiff, permanent impairment, mental pain and suffering, loss of enjoyment of life, past and future health and medical care costs, and economic damages including past and future lost earnings and/or earning capacity, together with interest and costs as provided by law;

ii. Restitution and disgorgement of profits;

iii. Punitive or enhanced compensatory damages;

iv. Reasonable attorneys' fees as provided by law;

v. The costs of these proceedings, including past and future cost of the suit incurred herein;

vi. All ascertainable economic damages;

vii. Survival damages (if applicable);

viii. Wrongful death damages (if applicable);

ix. Prejudgment interest on all damages as is allowed by law; and

x. Such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: \_\_\_\_6/14/2019_____

*/s C.J. Cuneo*
C.J. Cuneo (CO SBN 52041)
ANDRUS WAGSTAFF, PC
7171 W Alaska Drive
Lakewood, Colorado 80226
Phone (303) 376-6360
Fax (303) 376-6361
*Attorneys for Plaintiff*